**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1116**

———————

ROBERT V. HARTNETT, JR.,

　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

ROBERT E. GLIDDEN,

　　　　　　　　　　　　　　　Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City.  Terrence W. Boyle,
Chief District Judge.  (CA-99-29-2-BO)

———————

Submitted:  October 24, 2001　　　Decided:  November 13, 2001

———————

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert V. Hartnett, Jr., Appellant Pro Se.  Danny Ray Glover, Jr.,
Elizabeth City, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert V. Hartnett, Jr., appeals the district court's order denying Hartnett's motion for new trial, sustaining the jury's verdict and damage award. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hartnett v. Glidden, No. CA-99-29-2-BO (E.D.N.C. Nov. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED